IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

Civil Action: 25-cv-00997-TPO

Date: November 13, 2025

Courtroom Deputy: Jesse Torres

FTR: Courtroom C402

| *Parties:* | *Counsel:* |
|---|---|
| DEANN MILLER, as Surviving Spouse of SCOTT MILLER, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>MANRIQUE AGRAMON, IGNACIO CRUZ-MENDOZA, TOTAL QUALITY LOGISTICS, LLC, INTSEL STEEL WEST, LLC, TRIPLE-S STEEL HOLDINGS LLC, and SEARING INDUSTRIES, INC.,<br><br>    Defendants. | Edward Ciarimboli<br>Cajardo Lindsey<br>John Kellner<br><br><br><br>Brittney Vig<br>Kevin Ripplinger<br>Allison Burke<br>Theodore O'Brien<br>Mark Jachimiak (by video teleconference)<br>Michael Decker |

---

### COURTROOM MINUTES

---

**STATUS CONFERENCE**

**Court in session: 10:41 a.m.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding the status of the case.

The Court notes that this civil action involves circumstances, parties, and issues similar to those set forth in three related civil actions:

- *Moore v. Cruz-Mendoza et al,* 25-cv-01088-TPO;
- *Friederich et al v. Monique Trucking LLC et al,* 25-cv-01639-TPO; and
- *Martin v. Cruz-Mendoza et al,* 25-cv-02457-TPO

Preliminary remarks by the Court regarding outstanding issues in this case and the group of related civil actions.

Discussion is held regarding Plaintiff's "Motion to Court to Direct Defendant Manrique Agramon d/b/a Monique Trucking LLC, to File Its Answer to Amended Complaint under Fed. R. Civ. P. 15 (c) and 15(a)(3)" [ECF 61]. Defense counsel advises the Court of her intent to file a Response to Plaintiff's Motion.

Discussion is held regarding a case plan moving forward. The Court advises counsel of its intent to set a Scheduling Conference in this case after resolution of Plaintiff's pending Motion [ECF 61] and any other outstanding issues relating to service of process.

Discussion is held regarding Plaintiff's intent to seek an extension of time to respond to Defendants' pending Motions to Dismiss [ECFs 53, 62]. The Court directs the Parties to confer on this issue and address the matter by way of written motion if appropriate.

For the reasons stated on the record, it is:

**ORDERED:**        Defendant Manrique Agramon shall file any Response to Plaintiff's "Motion to Court to Direct Defendant Manrique Agramon d/b/a Monique Trucking LLC, to File Its Answer to Amended Complaint under Fed. R. Civ. P. 15 (c) and 15(a)(3)" [ECF 61] on or before **December 3, 2025.** Within seven (7) days of the issuance of a ruling on Plaintiff's Motion [ECF 61], the Parties shall jointly file the Magistrate Judge Consent Form [ECF 10].

HEARING CONCLUDED.

**Court in recess: 11:01 a.m.**
Total time in court: 00:20

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.