**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00997-TPO

DEANN MILLER, as surviving spouse of SCOTT MILLER, deceased,

     Plaintiff,

v.

MONIQUE TRUCKING LLC, a California Limited Liability Company, and
IGNACIO CRUZ-MENDOZA, an individual.

     Defendants.

_____

**ORDER**

     AND NOW, this_____ day of _____, 2026,

upon consideration of Defendants Intsel Steel West LLC and Triple-S Steel

Holdings, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint as to Intsel

Steel West LLC and Triple-S Steel Holdings, Inc., Plaintiff's response thereto and

the corresponding memoranda of law it is hereby ORDERED that Defendant's

Motion to Dismiss Plaintiff's Amended Complaint as to Intsel Steel West LLC and

Triple-S Steel Holdings, Inc. is hereby DENIED.

                         BY THE COURT

                         _____

                                    J.